UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DOLHIA IGNJATOVIC, :
:
    Plaintiff :  CIVIL ACTION NO. 3:24-cv-75
:
v. :  (JUDGE MANNION)
:
CAREGIVERS AMERICA, LLC :
:  FILED
    Defendant :  SCRANTON
:  AUG 09 2024
:  PER _____
**ORDER**  DEPUTY CLERK

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Defendant's partial motion to dismiss, **(Doc. 12)**, is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** as to Count I with respect to discrimination, Count II, and Count III. It is **DENIED** as to Count I with respect to retaliation.

(2) Counts II and III, and Count I's discrimination claim, are **DISMISSED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: August 9, 2024
24-75-01-ORDER